UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GARY WALLACE,

    Petitioner,   2:15-cv-00811-JCM-VCF

vs.

**ORDER**

ATTORNEY GENERAL, *et al.*,

    Respondents.

_____/

Gary Wallace, who is incarcerated in the Clark County Detention Center, has submitted a petition for a writ of habeas corpus in this case. He did not, however, pay the filing fee of $5.00, and he did not submit an application to proceed *in forma pauperis*. Petitioner will need to do one or the other before this action may proceed.

**IT IS THEREFORE ORDERED** that petitioner shall make the necessary arrangements at the jail where he is incarcerated to pay the $5.00 fee for this case, by having payment of the fee sent to the court along with a copy of this order. In the alternative, petitioner may file an application for leave to proceed *in forma pauperis*, including a signed financial certificate and a statement of his inmate account. The clerk of the court shall send petitioner a blank *in forma pauperis* application

///

///

///

form for incarcerated litigants.  Petitioner shall have 30 days from the date of this order to comply. Failure to comply with this order will result in the dismissal of this action.

Dated May 18, 2015.

/s/ James C. Mahan
UNITED STATES DISTRICT JUDGE