**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

GARY WALLACE,

    Petitioner,                                2:15-cv-00811-JCM-VCF

vs.                                                         **ORDER**

ATTORNEY GENERAL, *et al.*,

    Respondents.

_____/

This action is a petition for a writ of habeas corpus by Gary Wallace, who states that he is incarcerated in the Clark County Detention Center. Wallace submitted a petition for a writ of habeas corpus, but did not pay the filing fee of $5.00 and did not submit an application to proceed *in forma pauperis*.

On May 18, 2015, therefore, the court ordered Wallace to pay the filing fee or submit an application to proceed *in forma pauperis*, and granted him 30 days to do so (ECF No. 2). The court warned that failure to comply with the order would result in dismissal of this action.

Wallace did not, during the time allowed, pay the filing fee or submit an application to proceed *in forma pauperis*.

///

///

///

1    **IT IS THEREFORE ORDERED** that this action is dismissed without prejudice.

2    **IT IS FURTHER ORDERED** that petitioner is denied a certificate of appealability.

3    **IT IS FURTHER ORDERED** that the clerk of the court shall enter judgment accordingly.

5    Dated July 2, 2015.

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE